# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

MAR 05 2021

[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]

Susan M. Gillham ,
[You are the PLAINTIFF, print your full name on this line.]

v.

Arcelormittal USA LLC ,
[The DEFENDANT is who you are suing.]

Case Number 2:21CV84
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 2552 E 475 N Monon, IN 47959

2. My telephone number is: ( 219 ) 253-3872

3. The Defendant's address is: 3210 Watling Street East Chicago, IN 46312

4. This action is brought for employment discrimination pursuant to:

    ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
    [race, color, gender, religion, national origin]

    ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

    ○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

    ○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 02-06-2020

6. The date on my Notice of Right to Sue letter is: December 9, 2020

7. The date I received my Notice of Right to Sue letter was: December 12, 2020

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. This employer has discriminated against me by not following its own policies, further this employer has created a discriminatory and hostile work environment which has caused undue stress and irreperable harm to me.

2) On April 20, 2019 while operating the employers vehicle, I was blinded by the sun causing me to damage the vehicle. Because of this I was discharged.

3) I am a female employee. Male co-workers were treated differently and more favorably than I was. Male co-wokers received far less discipline under the same cicumstances. Some got no discipline at all. Prior to my incident, no male co-wokers were ever discharged even though some had a multitude of incidents.

4) Here are some incidents of discriminatory actions and disparity of treatment by the employer which clearly shows a pattern.

One male co-worker destroyed the employers vehicle by placing it onto the track of an on coming train. He only received a 3-day suspension.

Another male co-worker backed the employers vehicle into a concrete block causing damage and got no disciplne at all.

One male co-worker hit a bridge pylon crushing the passenger door. He got only a 1-day suspension.

Another male employee damaged at least three employers vehicles and only got a 3-day suspension.

Another male co-worker backed the employers vehicle into an oncoming train and only got a 5-day suspension.

These are just a few of many more involving male employees that have occurred.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                                           page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I HAD AN EXCELLENT WORK ETHIC AND ENJOYED MY JOB BEFORE THIS EMPLOYER DID THIS TO ME. THIS DISPARITY HAS CAUSED ME ANXIETY, DEPRESSION AND, LOSS OF PAY, AS WELL AS AFFECTING MY PENSION.

2) I NO LONGER ENJOY COMING TO WORK BUT, I NEED THIS JOB. AT MY AGE IT WOULD BE NEAR IMPOSSIBLE TO GET ANOTHER JOB WITH EQUAL PAY.

3) I NO LONGER CARE TO ENGAGE IN ANY PROBLEM SOLVING SITUATIONS AT WORK. EVEN THOUGH MY EXPERIENCE WOULD BE HELPFUL, MY OPINIONS ARE DISREGARDED.

4) THE BLATANT FAVORITISM TOWARDS SOME EMPLOYEES HAS BROUGHT MORALE DOWN AND CREATES A HOSTILE WORK ENVIRONMENT. THERE IS A LOT OF INFIGHTING FROM THE UNFAIRNESS.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

1) Clear my record!

2) Restore ALL lost wages and benefits

3) Stop further acts of retaliation and discrimination that are creating a hostile work environment

4) Awarding of compensatory damages in an amount to be determined

5) All other just and proper relief

**DOCUMENTS** – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

- ☑ Notice of Right to Sue letter

- ☐ Other: _____

**FILING FEE** – Are you paying the filing fee?

- ☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

- ☐ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

SG   I will keep a copy of this complaint for my records.
SG   I will promptly notify the court of any change of address.
SG   I declare **under penalty of perjury** that the statements in this complaint are true.

_Susan M. Dillham_   3/2/2021
Signature                    Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2020-00296 |

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| SUSAN GILLHAM | (219) 253-2285 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2552 E 475 N, MONON, IN 47959 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ARCELORMITTAL STEEL | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3210 WATLING STREET, EAST CHICAGO, IN 46312 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2019    Latest: 05-29-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am a female who work for Arcelormittal Steel as an Operator Technician in West Rail. On May 1, 2019, I was suspended preliminary to discharge for a violation of Plant Rule 2P. The suspension was converted to termination on May 29, 2019. I was not treated the same as my male co-workers. Ken Novath, Operator Technician, who also had a vehicle accident and was not terminated. He was only given a 3 day suspension, but only served 1 day. On July 8, 2019 while I was fired, Dominic Davenport, a male co-worker who is also the Rail Safety Trainer, ran a company vehicle into a moving train. The company has stated that a train/vehicle collision is a much more serious offense. He only received a 5-day suspension. Another male co-worker, Adrian Lugo, hit a jersey block with the company vehicle that he was driving sometime in May/June of 2019. He received no discipline.

I believe that I have been discriminated on the basis on my sex in violation with the Title VII of the Civil Rights Act as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Susan Gillham on 02-06-2020 10:34 AM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 161 (11/2020) **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Susan Gillham  
2552 East 475 North  
Monon, Indiana 47959

From: Indianapolis District Office  
101 West Ohio Street, Suite 1900  
Indianapolis, Indiana 46204

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2020-00296 | Frederick J. BruBaker, Enforcement Supervisor | (463) 999-1148 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Michelle Eisele,  
District Director

9 December 2020  
*(Date Issued)*

Enclosures(s)

cc: **ARCELORMITTAL USA, LLC**  
c/o Hoorya R. Ahmad  
SEYFARTH SHAW LLP  
233 South Wacker Drive, Suite 8000  
Chicago, Illinois 60606