UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| SUSAN M. GILLHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:21-cv-00084 |
| | ) | |
| V. | ) | |
| | ) | |
| ARCELORMITTAL USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PARTIES' JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties, by counsel, stipulate to dismissal of this lawsuit pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties notify the Court that the parties stipulate and agree that this cause of action shall be dismissed with prejudice and that each party shall bear their own costs.

Respectfully submitted,

/s/ Daniel Zamudio
Daniel Zamudio
Zamudio Law Professionals
233 South Colfax
Griffith, Indiana 46319
Tel: (219) 924-2300
Email: dan@zlawpro.com
(Attorney for Plaintiff)

By: /s/ Ryan L. Young
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Tel: (312) 460-5131
Email: ryoung@seyfarth.com
(Attorney for Defendant)